The People of the State of New York, Respondent, v. Albert Green, Appellant.— Judgment of conviction of the County Court of Kings county affirmed.   No opinion.   Thomas, Mills and Putnam, JJ., concurred; Jenks, P. J., and Stapleton, J., dissented on the ground that the evidence is not sufficient to sustain a verdict that defendant is guilty of the crime charged in the indictment.

The People of the State of New York, Respondent, v. Jacob Luban Appellant.— Judgment of conviction of the County Court of Kings county affirmed.   No opinion.   Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Gertrude Stark, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed.   No opinion.   Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Louis H. Werner, Appellant.— Order of filiation reversed and new trial ordered in the Court of Special Sessions, upon the ground that the decision holding the defendant to be the father of the child in question is against the greater weight of the evidence.   Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Antonio Romano, Respondent, v. Giuseppe D. Caldara, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Ellen M. Sullivan, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict was against the evidence.   Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.